## No. 10,861.

### JACOB VON HOVEN VS. ELIZABETH VON HOVEN AND HUSBAND.

When the return day for filing the record has been extended, and the transcript is filed after the expiration of the extension, the appeal will be dismissed, as the appellant is not entitled to three days' grace which follow the return day, thus extended.

APPEAL from the Civil District Court for the Parish of Orleans. Ellis, J.

---

B. R. Forman for Plaintiff and Appellee.

---

Henry P. Dart for Defendant and Appellant.

Bertron et al. vs. Stuart and Powell.

## ON MOTION TO DISMISS.

The opinion of the court was delivered by

McENERY, J.   This appeal was made returnable on the first Monday of May, 1891.

On the 6th day of May a motion was made for an extension of time to file transcript.   Fifteen days were granted.   The transcript was not filed until the 23d May.

The record not having been filed within the time allowed by law, nor within the further time granted by the court, the appeal must be considered as having been abandoned.   The appellant is not entitled to the three days of grace following the return day, which has been extended.   Code Practice, Article 590;   Bienvenue vs. Factors and Traders Insurance Co., 28 An. 901;  Sun Mutual Insurance Co. vs. Bynum, 32 An. 28;   Lacroix vs. Bonin, 33 An. 119;   Pierce vs. Cushing, 33 An. 401; Succession of Gast, 42 An. 91.

The appeal is therefore dismissed.